**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ANTHONY DYLES,

    Plaintiff,

v.                                                                  CASE NO.: 6:17-cv-00914-GAP-GJK

SUITED CONNECTOR, LLC d/b/a
MORTGAGE.INFO,

    Defendant.

___

**NOTICE OF SETTLEMENT**

___

Plaintiff, ANTHONY DYLES, by and through his undersigned counsel, hereby submits this Notice of Settlement and states that Plaintiff, ANTHONY DYLES, and Defendant, SUITED CONNECTOR, LLC d/b/a MORTGAGE.INFO, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on June 26, 2017, the foregoing was served using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

                                              */s/Lara E. McGuire*
                                              Lara E. McGuire, Esq.
                                              Florida Bar No.: 0127170
                                              Lara@TheConsumerProtectionFirm.com
                                              William "Billy" Peerce Howard, Esq.
                                              Florida Bar No.: 0103330
                                              Billy@TheConsumerProtectionFirm.com
                                              THE CONSUMER PROTECTION FIRM, PLLC
                                              210-A South MacDill Avenue
                                              Tampa, FL 33609
                                              Telephone: (813) 500-1500
                                              Facsimile: (813) 435-2369
                                              *Attorneys for Plaintiff*